RECEIVED
IN LAKE CHARLES, LA.

DEC 0 4 2015

TONY R. MOORE, CLERK
BY_____
                  DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

ACTION NO. 2:10cr00073-01

| | |
|---|---|
| JOSEPH G. SHERRICK<br>BOP #11487-035 | Civil Action No. 2:14cv1785 |
| VS. | JUDGE MINALDI |
| WARDEN MAIORANA | MAGISTRATE JUDGE KAY |

JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 3) of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections (Rec. Doc. 8 and 14) to the Report and Recommendation in the record;

**IT IS ORDERED** that the defendant's petition for writ of *habeas corpus* (Rec. Doc. 1) IS **DENIED and DISMISSED WITH PREJUDICE.** This is, in effect, an action that should be brought pursuant to §2255. The defendant must obtain permission from the Fifth Circuit Court of Appeal to file a successive 2255.

**IT IS FURTHER ORDERED** that the defendant's Motions to Appoint Counsel (Rec. Doc. 9 and 10) are DENIED.

Lake Charles, Louisiana, on this __3__ day of __Dec_____, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE